United States District Court
Middle District of Florida
Jacksonville Division

**JOYCE RAE BRIGHT,**

    *Plaintiff,*

v.                                      No. 3:20-cv-1385-HES-PDB

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**

    *Defendant.*

___

# Order

The defendant moves to strike a settlement proposal from the plaintiff. Doc. 7. The Court **denies** the motion, Doc. 7, without prejudice to filing a motion that complies with the Local Rules. The motion cites only state procedural law, includes no memorandum of law required by Local Rule 3.01(a), and includes no certificate required by Local Rule 3.01(g).

**Ordered** in Jacksonville, Florida, on April 7, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*